SARAH BIZOZA and MANDEL BIZOZA, Respondents, v. HENRY BARENBLATT and NETTIE BARENBLATT, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. The examination to take place in April, 1942, or such other time as may be fixed in the order to be entered. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GRACE LEIBMAN, Appellant, v. MURRAY LEIBMAN, Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JUSTIN JACOBS, Respondent, v. JAY ESCOETT, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

AMERICAN SCOTTI CORPORATION and Another, Appellants, v. HENRY POLLAK, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Glennon, JJ., dissent and vote to reverse and deny the motion.

In the Matter of the Application of ABRAHAM BRAUNSTEIN, Doing Business under the Firm Name and Style of SUPREME FABRICS, Petitioner, Appellant, against J. C. SIEGELMAN Co., INC., Respondent, for an Order Staying Arbitration Proceedings between the Parties Hereto.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of CHARLES ALLEN, JR., and Others, Appellants, for an Order for the Inspection of a List of the Holders of Voting Trust Certificates of WICKWIRE SPENCER STEEL COMPANY, against GEORGE W. TREAT and Others, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

IRVING MARKOWITZ and NATHAN LEVY, Respondents, v. 150 SMITH STREET, INC., Appellant, Impleaded with Another, Defendant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion to vacate on the ground that the affidavit in support of the attachment is insufficient.

WALLER N. ADAMS v. CLARE M. TORREY and Others, Impleaded with T. & G. ASSETS REALIZATION CORP. GOLDSMITH, JACKSON & BROCK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.